No. 80–410. WASSERMAN, TRUSTEE *v.* WASHINGTON. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 80–747. MICHIGAN *v.* ANDERSON. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 80–872. ILLINOIS *v.* SAVORY. App. Ct. Ill., 3d Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 80–293. UNITEX LTD. ET AL. *v.* DAN RIVER, INC. C. A. 4th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 80–499. WILLIAMS ET AL. *v.* PACIFIC MARITIME ASSN. ET AL. C. A. 9th Cir. Motion of Teamsters for a Democratic Union et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 80–529. CALGON CORP. *v.* DAVIS. C. A. 3d Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–730. HELERINGER *v.* KENTUCKY BAR ASSN. Sup. Ct. Ky. Certiorari denied. JUSTICE BRENNAN would grant certiorari.